08cv4098
JUDGE DOW JR.
MAG. JUDGE NOLAN

FILED
JUL 18 2008
JUL 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **CHERYL MARTIN**
(Please print)

STREET ADDRESS: **9761 S. CHARLES ST**

CITY/STATE/ZIP: **CHICAGO, Ill 60643-1217**

PHONE NUMBER: _____

CASE NUMBER: _____

*Cheryl Martin*
Signature Date